AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KRAVITCH, PHYLLIS A. | U.S. Court of Appeals Eleventh Circuit | 4/27/10 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge (Senior Status) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 1/01/09 to 12/31/09 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 56 Forsyth Street, N.W. Atlanta, GA 30303 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 17 A 9: 33 DISCLOSURE OFFICE

Kravitch, Phyllis A.

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoruria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[x] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 1. AT&T | C | Div. | L | T | | | | | |
| 2. Bank of America | A | Div. | K | T | Part sale | 2/13/09 | J | J Loss | |
| 3. BP PLC | A | Div. | J | T | | | | | |
| 4. Coca-Cola | B | Div. | L | T | | | | | |
| 5. Comcast | A | Div. | J | T | | | | | |
| 6. Con Ed. | B | Div. | K | T | | | | | |
| 7. Eastman Chem. | A | Div. | J | T | | | | | |
| 8. Exxon-Mobil | C | Div. | M | T | | | | | |
| 9. Fairpoint Communications | A | None | J | T | | | | | |
| 10. Franklin Income | C | Div. | K | T | Bought | 7/20/09 | K | | |
| 11. General Electric | A | Div. | J | T | | | | | |
| 12. Glaxo | A | Div. | J | T | | | | | |
| 13. Home Depot | A | Div. | J | T | | | | | |
| 14. IBM | B | Div. | L | T | | | | | |
| 15. Idearc | A | Div. | J | T | | | | | |
| 16. Intel | A | Div. | J | T | | | | | |
| 17. John Hancock Inc. Sec. | C | Div. | K | T | | | | | |

1 Income Gain Codes          A   $1,000 or less          B   $1,001 - $2,500          C   $2,501 - $5,000          D   $5,001 - $15,000          E   $15,001 - $50,000
(See Columns B1 and D4)      F   $50,001 - $100,000      G   $100,001 - $1,000,000    H1  $1,000,001 - $5,000,000  H2  More than $5,000,000
2 Value Codes                J   $15,000 or less         K   $15,001 - $50,000        L   $50,001 - $100,000       M   $100,001 - $250,000
(See Columns C1 and D3)      N   $250,001 - $500,000     O   $500,001 - $1,000,000    P1  $1,000,001 - $5,000,000  P2  $5,000,001 - $25,000,000
                             P3  $25,000,001 - $50,000,000                             P4  More than $50,000,000
3 Value Method Codes         Q   Appraisal               R   Cost (Real Estate Only)  S   Assessment               T   Cash Market
(See Column C2)              U   Book Value              V   Other                    W   Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **COMMON STOCK cont'd** | | | | | | | | | |
| 1. Merck | A | Div. | J | T | | | | | |
| 2. Pfizer | C | Div. | M | T | | | | | |
| 3. Proctor/Gamble | A | Div. | J | T | | | | | |
| 4. Sun Trust Bank | A | Div. | K | T | | | | | |
| 5. 3 M (MMM) | A | Div. | K | T | | | | | |
| 6. Verizon | B | Div. | K | T | | | | | |
| 7. Nuveen Ins. Municipal Opportunity | B | Div. | K | T | | | | | |
| 8. Nuveen GA Premium Inc. Municipal | B | Div. | K | T | | | | | |
| 9. Vodaphone | A | Div. | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes | A $1,000 or less | B $1,001 - $2,500 | C $2,501 - $5,000 | D $5,001 - $15,000 | E $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50,001 - $100,000 | G $100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2 Value Codes | J $15,000 or less | K $15,001 - $50,000 | L $50,001 - $100,000 | M $100,001 - $250,000 | |
| (See Columns C1 and D3) | N $250,001 - $500,000 | O $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | | P4 More than $50,000,000 | |
| 3 Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **BONDS** | | | | | | | | | |
| 1. GA. State Tollway Auth. | A | Int. | J | T | | | | | |
| 2. Atlanta Water Rev. Sv. | A | Int. | J | T | Part Redeemed | 5/1/09 | J | | |
| 3. GA State Rd. Twy at Fd. | A | Int. | K | T | Bought | 2/19/09 | K | | |
| 4. Fulton Co. GA. Dev. Auth. | A | Int. | K | T | Bought | 9/17/09 | K | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14 | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A - $1,000 or less | B $1,001 - $2,500 | C $2,501 - $5,000 | D $5,001 - $15,000 | F $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F $50,001 - $100,000 | G $100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J $15,000 or less | K $15,001 - $50,000 | L $50,001 - $100,000 | M $100,001 - $250,000 | |
| | N $250,001 - $500,000 | O $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **FUNDS IN BANK** | | | | | | | | | |
| 1. Bank of America(accounts) | B | Int. | M | T | | | | | |
| 2. Sun Trust Bank (CD) | A | Int. | K | T | | | | | |
| 3. Merrill Lynch Money Market | A | Int. | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12 | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15 | | | | | | | | | |
| 16. | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A. $1,000 or less
F. $50,001 - $100,000
J. $15,000 or less
N. $250,001 - $500,000
P3. $25,000,001 - $50,000,000
Q. Appraisal
U. Book Value

B. $1,001 - $2,500
G. $100,001 - $1,000,000
K. $15,001 - $50,000
O. $500,001 - $1,000,000

R. Cost (Real Estate Only)
V. Other

C. $2,501 - $5,000
H1. $1,000,001 - $5,000,000
L. $50,001 - $100,000
P1. $1,000,001 - $5,000,000
P4. More than $50,000,000
S. Assessment
W. Estimated

D. $5,001 - $15,000
H2. More than $5,000,000
M. $100,001 - $250,000
P2. $5,000,001 - $25,000,000

F. $15,001 - $50,000

T. Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure<br><br>**GOVERNMENT SECURITIES** | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm dd yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. U.S. Treasury Notes | A | Int. | K | T | Part Redeemed | 9/15/09 | J | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13. | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **INSURANCE** | | | | | | | | | |
| 1. Equitable Insurance Co.(X) | A | Int. | J | T | "Whole Life" | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13. | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| KRAVITCH, PHYLLIS A. | 4/27/10 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544